# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHRI MAI, INC., a California corporation; DOE 1, a business of unknown form; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: ED CV 18-2451-DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [21]** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Shri Mai, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 24, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE